## McMILLAN v. N.C. DEP'T OF CORR.

No. 431P01

Case below: 144 N.C. App. 722

Petition by petitioner (Ann McMillan) for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.

## MEDEARIS v. TRUSTEES OF MYERS PARK BAPTIST CHURCH

No. 67P02

Case below: 148 N.C. App. 1

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 18 April 2002.

## PRIOR v. PRUETT

No. 367P01

Case below: 143 N.C. App. 612

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.

## REYNOLDS v. REYNOLDS

No. 38A02

Case below: 147 N.C. App. 566

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 9 May 2002.

## R.J. REYNOLDS TOBACCO CO. v. N.C. DEP'T OF ENV'T & NATURAL RES.

No. 144P02

Case below: 148 N.C. App. 610

Petition by respondent for writ of supersedeas denied 9 May 2002. Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.